**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

R●BERT FRAZER
UNITED STATES ATTORNEY

Alicia Gonzalez
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

September 22, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Dade v. Warden of the Elizabeth Contract Det. Fac.*****,**
**No. 26-12254 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 2:35 p.m. on September 22, 2026.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)

It is ordered this 23rd day of September, 2026 that this case shall be marked **CLOSED.**

Robert Kirsch, U.S.D.J